**Matthew F. OTEY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 04–3225.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Matthew F. Otey, of Counsel, Malden, WV, pro se.

Andrew P. Averbach, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

*ORDER*

On July 7, 2004, the court issued an order directing Matthew F. Otey ("Otey") to notify the court within 30 days "that he has dismissed his petition for review before the Board". Otey has failed to respond, and has failed to pay the filing fee in this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.